IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DANIEL MYRICE,

    Plaintiff,

v.

PISTON AUTOMOTIVE, LLC, a
Michigan Corporation, LIBBI ROBEL,
Jointly and Severally,

    Defendants.

Case No. 3:21-cv-00295-JJH

Honorable Jeffrey J. Helmick

---

| | |
|---|---|
| Gregory J. Rohl<br>4051 Haggerty Road<br>West Bloomfield, MI 48323<br>(248) 380-9404<br>gregoryrohl@yahoo.com<br>Attorney for Plaintiff | Brian D. Shekell<br>CLARK HILL PLC<br>500 Woodward Avenue – Suite 3500<br>Detroit, Michigan 48226<br>313-965-8523<br>bshekell@clarkhill.com<br>Attorneys for Defendants |

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

This matter having come before the Court pursuant to the stipulated agreement of the parties and good cause having been shown:

**IT IS ORDERED AND ADJUDGED** that Plaintiff Daniel Myrice has joined all claims that he has had at any time up to the entry of this Order against Defendants Piston Automotive, LLC and Libbi Robel.

**IT IS FURTHER ORDERED** that the Complaint is dismissed in its entirety with prejudice and without the payment of additional costs, interest, or attorneys' fees by any party.

**SO ORDERED.**

Date:  March 29, 2022                             s/ Jeffrey J. Helmick
                                                  Honorable Jeffrey J. Helmick
                                                  United States District Court Judge

Stipulated and Agreed:

*/s/"with consent"Gregory J. Rohl*            */s/ Brian D. Shekell*
Gregory J. Rohl                                Brian D. Shekell (P75327)
4051 Haggerty Road                             Clark Hill PLC
West Bloomfield, MI 48323                      500 Woodward Avenue, Suite 3500
(248) 380-9404                                 Detroit, Michigan 48226
gregoryrohl@yahoo.com                          (313) 965-8300
Attorney for Plaintiff                         Attorneys for Defendants
                                               bshekell@clarkhill.com

Date:  March 24, 2022